# EXHIBIT "A"

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of ___Chatham___ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed ___11/22/2021___<br>**MM-DD-YYYY** | **Case Number** ___STCV21-02218___ | |

**Plaintiff(s)**
Leon, Parvel

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
Lopez, Juan Antonio Beltran

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Florida Beauty Express, Inc. | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** M. Brian Clements     **State Bar Number** 130098     **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☒ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
**Case Number**          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

**IN THE STATE COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

PARVEL LEON,                                    )
                                                )
     Plaintiff,                               )
                                                )
vs.                                             ) CIVIL ACTION NO. STCV21-02218
                                                )
JUAN ANTONIO BELTRAN LOPEZ AND                  )
FLORIDA BEAUTY EXPRESS, INC.,                   )
                                                )
     Defendants.                              )
_____            )

## COMPLAINT

COMES NOW PARVEL LEON, by and through undersigned counsel, and files this, their Complaint against JUAN ANTONIO BELTRAN LOPEZ and FLORIDA BEAUTY EXPRESS, INC. showing this Honorable Court the following:

### PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1.    Plaintiff PARVEL LEON is a resident of Savannah, Chatham County, Georgia.

2.    Defendant JUAN ANTONIO BELTRAN LOPEZ is a non-resident motorist from Dade County, Florida, and may be served through the Georgia Secretary of State pursuant to the Georgia Nonresident Motorist Act, O.C. G. A. § 40-12-3, at his residence located at 5055 N. W. 7th Street, Apt. 507, Miami, Florida.

3.    Defendant FLORIDA BEAUTY EXPRESS, INC. is a foreign corporation and can be served pursuant to the long arm statute O. C. G. A § 9-10-91 through its registered agent, Ainsworth & Clancy, PLLC, 801 Brikell Avenue, 9th Floor, Miami, Florida, 33131.

4.    Venue and jurisdiction are proper in this Court.

### FACTS

12.     As a result of Defendant Juan Antonio Beltran Lopez's negligence, Plaintiff was seriously injured.

13.     Defendant Juan Antonio Beltran Lopez is liable for his negligence which caused Plaintiff's injuries.

14.     As a result of the incident, Plaintiff incurred substantial medical expenses and lost wages.

15.     As a result of the incident, Plaintiff has sustained serious and permanent injuries.

16.     As a result of the incident, Plaintiff has endured substantial pain and suffering and will in the future endure additional pain and suffering.

## COUNT TWO: NEGLIGENCE OF DEFENDANT FLORIDA BEAUTY EXPRESS, INC.

17.     Plaintiff incorporates the preceding allegations as if fully set forth herein.

18.     Plaintiff is informed and believe that at all times relevant to Plaintiff's Complaint, Defendant Beltran Lopez was the agent, servant, and/or employee of the Defendant Florida Beauty Express, Inc. at the time of the incident which is the subject of Plaintiff's Complaint, was in the course and scope of his employment with Defendant Florida Beauty Express, Inc.

19.     Defendant Florida Beauty Express, Inc.  was negligent in one or more of the following respects:

     (a)     By failing to properly train its agent and employee Defendant Juan Antonio Beltran Lopez;

     (b)     By failing to properly supervise its agent and employee Defendant Juan Antonio Beltran Lopez;

     (c)     By being responsible for the conduct of its agent and employee, Defendant Juan Antonio Beltran Lopez;

     (d)     By negligently entrusting the vehicle to Defendant Juan Antonio Beltran Lopez who was unfit to safely operate the vehicle and knowing Defendant Juan Antonio Beltran Lopez was unfit to operate the vehicle; and

     (e)     By being responsible for the conduct of its agent and employee Defendant Juan Antonio Beltran Lopez under the doctrine of *Respondeat Superior*.

20.     All of the injuries and damages, past, present and prospective to Plaintiff were, are, and will be due to the negligence and carelessness of Defendant Florida Beauty Express, Inc..

## COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF PARVEL LEON

21.     Plaintiff incorporates the preceding allegations as if fully set forth herein.

22.     As a direct and proximate result of the actions of Defendants, Plaintiff Parvel Leon has sustained:

     (a)     various bodily injuries, including but not limited to, .

     (b)     past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

     (c)     past and present medical expenses in excess of $75,550.64;

     (d)     future medical expenses in an amount to be determined; and

     (e)     lost wages totaling $12,456.96

     (f)     out-of-pocket expenses in an amount to be determined.

WHEREFORE, Plaintiff prays for the following:

     (a)     That summons and process issue, as provided by law, requiring each Defendant to appear and answer Plaintiff's Complaint;

     (b)     That service be had upon each Defendant as provided by law;

(c)     That Plaintiff be awarded actual, general, special damages;

(d)     That Plaintiff have judgment against Defendants for all costs of Court;

(e)     That Plaintiff have a trial by a jury as to all issues; and

(f)     That Plaintiff have such other and further relief as the Court may deem just and

proper.

Respectfully submitted, this __22__ day of November, 2021.

KENNETH S. NUGENT, P.C.

M. Brian Clements
Georgia Bar No. 130098
Jan P. Cohen
Georgia Bar No.174337
*Attorneys for Plaintiff*

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984
bclements@attorneykennugent.com

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

PARVEL LEON,                                    )
                                                )
       Plaintiff,                           )
                                                )
vs.                                             ) CIVIL ACTION NO. STCV21-02218
                                                )
JUAN ANTONIO BELTRAN LOPEZ AND                  )
FLORIDA BEAUTY EXPRESS, INC.,                   )
                                                )
       Defendants.                          )
                                                )

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rules 3.2 and 3.4 of the Uniform State Court Rules and Local Rules of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This _22_ day of November, 2021.

KENNETH S. NUGENT, P.C.

M. Brian Clements
Georgia Bar No. 130098
Jan P. Cohen
Georgia Bar No.174337
*Attorneys for Plaintiff*

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984
bclements@attorneykennugent.com

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| PARVEL LEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. <u>STCV21-02218</u> |
| | ) |
| JUAN ANTONIO BELTRAN LOPEZ AND | ) |
| FLORIDA BEAUTY EXPRESS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### SUMMONS

TO:    Juan Antonio Beltran Lopez
5055 N. W. 7th Street, Apt. 507
Miami, Florida

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney whose name and address is:

> M. Brian Clements, Esq.
> Kenneth S. Nugent, P.C.
> One Bull Street, Suite 400
> Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

This _____ day of November, 2021.

STATE COURT OF CHATHAM COUNTY

/s/ Moneisha Green
_____
Clerk, State Court of Chatham County

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

PARVEL LEON,                                    )
                                                )
        Plaintiff,                     )
                                                )
                                                )                    STCV21-02218
vs.                                             ) CIVIL ACTION NO. _____
                                                )
JUAN ANTONIO BELTRAN LOPEZ AND                  )
FLORIDA BEAUTY EXPRESS, INC.,                   )
                                                )
        Defendants.                    )
                                                )

### SUMMONS

TO:    Florida Beauty Express, Inc.
        C/o its Registered Agent, Ainsworth & Clancy, PLLC
        801 Brikell Avenue, 9th Floor
        Miami, Florida, 33131.

       You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney whose name and address is:

                       M. Brian Clements, Esq.
                       Kenneth S. Nugent, P.C.
                       One Bull Street, Suite 400
                       Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

       This _____ day of November, 2021.

                    STATE COURT OF CHATHAM COUNTY

                          /s/ Moneisha Green
                     _____
                     Clerk, State Court of Chatham County

# IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

PARVEL LEON,

          Plaintiff,

vs.

JUAN ANTONIO BELTRAN LOPEZ AND
FLORIDA BEAUTY EXPRESS, INC.,

          Defendants.

)
)
)
)
) CIVIL ACTION NO. _____
)
)
)
)
)
)

STCV21-02218

## SUMMONS

TO:    USAA General Indemnity Company
        J. Patrick O'Brien
        c/o Corporation Service Company
        2 Sun Court, Suite 400
        Peachtree Corners, GA 30092

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney whose name and address is:

                M. Brian Clements, Esq.
                Kenneth S. Nugent, P.C.
                One Bull Street, Suite 400
                Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

        This _____ day of November, 2021.

                STATE COURT OF CHATHAM COUNTY

                /s/ Moneisha Green
                _____
                Clerk, State Court of Chatham County

# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

*Return of Service in the matter of:*

Case Number **STCV21-02218**

**Parvel Leon**

_____

Plaintiff(s)

**Vs** Juan Antonio Beltran Lopez and

**Florida Beauty Express, Inc.**

_____

Defendant(s)

_____

_____

Garnishee

Cause of Action **auto tort**

**M. Brian Clements**

Plaintiff or Plaintiff's Attorney)

*NAME and ADDRESS of the PERSON TO BE SERVED*

**USAA General Indemnity Company**

**c/o Corp Serv Company, 2 Sun Court, Suite 400**

**Peachtree Corners, GA 30092**

# SHERIFF'S RETURN OF SERVICE

**I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.**

I further certify that on the **17** day of **Dec.**, 20**21** I did serve the summons and complaint on the above named defendant at _____ (Street Address)

_____ (City / State / Zip) a place, by:

☐ **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

☐ **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____, a person, residing residing within the premises.

☑ **CORPORATE SERVICE** I have this day served the Defendant, **USAA General Indemnity/cont.** a corporation, with a true copy of the within petition and summons by handing the same in person to **Alisha Smith R.A.** officer of the corporation.

☐ **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

☐ **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____, a person, at _____, he/she being the_____ and agent in charge of _____ at the time of service in Chatham County.

☐ **MAILED SERVICE** This is to certify that I have this day served the defendant,_____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

☐ **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

Sheriff / Deputy Sheriff, _____County, Georgia

PRINT

23. Sheriff's Entry of Service 09-11

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

PARVEL LEON,

              Plaintiff,

v.

JUAN ANTONIO BELTRAN LOPEZ and
FLORIDA BEAUTY EXPRESS, INC.,

              Defendants.

CIVIL ACTION FILE
NO. STCV21-02218

## WAIVER OF SERVICE AND PROCESS PURSUANT TO O.C.G.A. § 9-11-4(d)(5)

COME NOW defendants Juan Antonio Beltran Lopez and Florida Beauty Express, Inc., in the above-styled case ("Defendants"), and pursuant to O.C.G.A. § 9-11-4(d)(5), hereby agree to waive personal service of the subject Summons and Complaint and waive all other and further process issuing from said Court but maintain all other defenses available to them. Pursuant to that Code section, Defendants answers and/or responsive pleadings to the complaint will be due 60 days from the date of this waiver. Their responses to plaintiff's discovery will be due 75 days from the date of this waiver.

Dated this 6th day of January, 2022.

Respectfully submitted,

*/s/ M. Brian Clements* *
M. Brian Clements
Georgia Bar No: 130098
bclements@attorneykennugent.com
*with expressed permission

*Attorney for Plaintiff*

Kenneth S. Nugent, P.C.
One Bull Street, Suite 400
Savannah, GA 31401

*/s/ Wayne S. Melnick*
Wayne S. Melnick

Georgia Bar No. 501267
wmelnick@fmglaw.com

*/s/ Aaron P. Miller*
Aaron P. Miller
Georgia Bar No. 898190
amiller@fmglaw.com

*Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **WAIVER OF SERVICE AND PROCESS PURSUANT TO O.C.G.A. § 9-11-4(d)(5)** to the Clerk of Court using the *Odyssey eFileGA* system which will automatically send electronic mail notification of such filing to the following counsel of record:

M. Brian Clements
Jan P. Cohen
KENNETH S. NUGENT, P.C.
One Bull Street, Suite 400
Savannah, GA 31401
bclements@attorneykennugent.com
jcohen@attorneykennugent.com

This 6th day of January, 2022.

/s/ Wayne S. Melnick
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

/s/ Aaron P. Miller
Aaron P. Miller
Georgia Bar No. 898190
amiller@fmglaw.com

*Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

RECEIVED FOR FILING, STATE COURT OF CHATHAM CO. 12/02/2021 1:04 PM

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| PAVEL LEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. STCV21-02218 |
| | ) | |
| JUAN ANTONIO BELTRAN LOPEZ and | ) | |
| FLORIDA BEAUTY EXPRESS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
## USAA GENERAL INDEMNITY COMPANY

The undersigned counsel for Plaintiff and counsel for the uninsured motorist carrier, USAA GENERAL INDEMNITY COMPANY ("USAA GIC") enter into this Agreement for dismissal without prejudice for the consideration hereinafter set forth:

1.     Plaintiff's Complaint in this action against USAA GIC only is hereby dismissed without prejudice.

2.     Plaintiff may, at any time during the pendency of this action, add USAA GIC as a party Defendant, without leave of Court, by separate amendment to Plaintiff's Complaint, and USAA GIC will accept and acknowledge due and legal service of Plaintiff's Complaint, as amended.

3.     In the event USAA GIC is later added as an uninsured motorist carrier Defendant as above described, its attorney shall have ninety (90) days before trial is requested or scheduled within which to complete discovery, conduct its investigation, etc., and/or prepare for trial, subject to leave of Court.

4.     USAA GIC will waive any affirmative defense of the applicable statute of limitations which may otherwise be available to it in the event it is added as a party to these proceedings at a later date in the manner above specified.

5.     The uninsured motorist coverage referenced herein shall be applicable in the event the liability carrier becomes insolvent or the liability coverage is unavailable, even if said event occurs after entry of judgment against Defendant.  As a part of this agreement,

USAA GIC binds itself to pay up to the full amount of its policy limits, in the event Plaintiff obtains a judgment in excess of the underlying liability limits at trial, even if it does not participate in the trial.

This 13th day of January, 2022.

KENNETH S. NUGENT, P.C.

*/s/ M. Brian Clements* (w.e.p. by Jacob Saas)
M. Brian Clements
Georgia Bar No. 130098
Jan P. Cohen
Georgia Bar No. 174337
*Attorneys for Plaintiff*

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984 Telephone
bclements@attorneykennugent.com

ELLIS PAINTER

*/s/ Jacob E. Saas*_____
Kristin A. Massee
Georgia Bar No. 291235
Jacob E. Saas
Georgia Bar No. 962973
*Attorneys for USAA GIC*

Post Office Box 9946
Savannah, Georgia 31412
(912) 233-9700 Telephone
(912) 233-2281 Facsimile
kmassee@ellispainter.com
jsaas@ellispainter.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

PAVEL LEON,                                    )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )        Civil Action No. STCV21-02218
                                               )
JUAN ANTONIO BELTRAN LOPEZ and                 )
FLORIDA BEAUTY EXPRESS, INC.                   )
                                               )
        Defendants.                            )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a copy of the **Stipulation of Dismissal Without Prejudice of USAA General Indemnity Company** by depositing a copy in the United States Mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery, and addressed as follows:

M. Brian Clements                          Wayne S. Melnick
KENNETH S. NUGENT, P.C.                    Aaron P. Miller
One Bull Street, Suite 400                 FREEMAN MATHIS & GARY, LLP
Savannah, Georgia 31401                    100 Galleria Parkway, Suite 1600
bclements@attorneykennugent.com            Atlanta, Georgia 30339-5948
*Attorney for Plaintiff*                   wmelnick@fmglaw.com
                                           amiller@fmglaw.com
                                           *Attorneys for Defendants*

This 13th day of January, 2022.

                        ELLIS PAINTER

                        */s/ Jacob E. Saas*
                        Kristin A. Massee
                        Georgia Bar Number 291235
                        kmassee@ellispainter.com
                        Jacob E. Saas
                        Georgia Bar Number 962973
                        jsaas@ellispainter.com
                        *Attorneys for USAA GIC*

P. O. Box 9946
Savannah, Georgia 31412
(912) 233-9700 Phone
(912) 233-2281 Fax

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| PAVEL LEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. STCV21-02218 |
| | ) | |
| JUAN ANTONIO BELTRAN LOPEZ and | ) | |
| FLORIDA BEAUTY EXPRESS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING USAA GENERAL INDEMNITY COMPANY

It appearing to the Court that Plaintiff and Plaintiff's uninsured or underinsured motorist insurance carrier, USAA GENERAL INDEMNITY COMPANY ("USAA GIC"), have entered into a Consent Agreement for the dismissal of USAA GIC from this action without prejudice upon certain specified terms and conditions as set forth in the written Stipulation of Dismissal Without Prejudice of USAA GIC, which is on file in this action; and the Court having duly considered said Consent Motion and Agreement;

**IT IS HEREBY CONSIDERED, ORDERED AND ADJUDGED**, that said Consent Motion to Dismiss USAA GIC from this action without prejudice is hereby granted and sustained, and USAA GIC is hereby dismissed from this action without prejudice and expressly conditioned upon the terms and conditions set forth in the written Stipulation of Dismissal between Plaintiff and USAA GIC.

SO ORDERED, THIS _____ DAY OF _____, 2020.

_____
Hon. Gregory V. Sapp
Judge, State Court of Chatham County

Order Prepared by:
Jacob E. Saas
Georgia Bar Number 962073
jsaas@epra-law.com
Ellis, Painter, Ratterree & Adams LLP
Post Office Box 9946
Savannah, Georgia 31412
(912) 233-9700 Phone
(912) 233-2281 Fax
*Attorney for USAA GIC*

4427094.1

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

PARVEL LEON,                                    )
                                                )
      Plaintiff,                            )
                                                )
vs.                                             )       Civil Action No.: STCV21-02218
                                                )
JUAN ANTONIO BELTRAN                            )
LOPEZ and FLORIDA BEAUTY                        )
EXPRESS, INC.,                                  )
                                                )
      Defendants.                           )

## ANSWER OF USAA GIC

USAA General Indemnity Company ("USAA GIC"), an alleged underinsured/uninsured motorist carrier for Plaintiff, responds to Plaintiff's Complaint as follows:

### FIRST DEFENSE

USAA GIC is without knowledge or information sufficient for it to form a belief as to the truth of any of the allegations in the Complaint, but denies that Plaintiff is entitled to any of the relief prayed for therein.

### SECOND DEFENSE

USAA GIC shows that Defendants have adequate liability insurance coverage to compensate Plaintiff for her damages, if any, and thus, USAA GIC is not obligated to provide any uninsured or underinsured motorist coverage to Plaintiff in this action.

### THIRD DEFENSE

USAA GIC shows that its rights and obligations with respect to Plaintiff are controlled by the policy of insurance that Plaintiff has with or through USAA GIC, and

USAA GIC specifically reserves the right to rely on the terms and provisions of such policy with regard to the Plaintiff's claims in this action.

## FOURTH DEFENSE

USAA GIC specifically reserves any and all defenses against Plaintiff that are or may be available to Defendants or to it under any applicable law or the insurance policy pursuant to which Plaintiff seeks to recover.

WHEREFORE, having fully answered Plaintiff's Complaint, USAA GIC prays for a trial by a jury of twelve (12) persons, prays that it be discharged without costs or liability, and prays that it receive all further relief available under the law.  USAA GIC further prays for a determination that it has no obligation to provide any benefits to either party as a result of the incident referenced in Plaintiff's Complaint, and for a determination that there is no coverage under the circumstances presented by this litigation.

This 13th day of January, 2022.

ELLIS PAINTER

*/s/ Jacob E. Saas*
Kristin A.  Massee
Georgia Bar No. 291235
 kmassee@ellispainter.com
Jacob E. Saas
Georgia Bar Number 962973
jsaas@ellispainter.com
*Counsel for USAA GIC*

Post Office Box 9946
Savannah, Georgia  31412
(912) 233-9700 Phone
(912) 233-2281 Fax

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

PARVEL LEON,                              )
                                         )
        Plaintiff,                       )
                                         )
vs.                                      )        Civil Action No.:  STCV21-02218
                                         )
JUAN ANTONIO BELTRAN                     )
LOPEZ and FLORIDA BEAUTY                 )
EXPRESS, INC.,                           )
                                         )
        Defendants.                      )

## CERTIFICATE OF SERVICE

        This is to certify that I have this day served the following counsel of record with a
copy of the ***Answer of USAA GIC*** by electronic mail, as follows:

M. Brian Clements                       Wayne S. Melnick
Jan P. Cohen                            Aaron P. Miller
KENNETH S. NUGENT, PC                   Freeman Mathis & Gary, LLP
One Bull Street, Suite 400              100 Galleria Parkway, Suite 1600
Savannah, GA 31401                      Atlanta, GA 30339-5948
bclements@attorneykennugent.com         wmelnick@fmglaw.com
*Counsel for Plaintiff*                 amiller@fmglaw.com
                                        *Counsel for Defendants*

        This 13th day of January, 2022.

                              ELLIS PAINTER

                               _/s/ Jacob E. Saas_____
                              Kristin A. Massee
                              Georgia Bar Number 291235
                              kmassee@ellispainter.com
                              Jacob E. Saas
                              Georgia Bar Number 962973
                              jsaas@ellispainter.com
                              *Counsel for USAA GIC*

Post Office Box 9946
Savannah, Georgia 31412
(912) 233-9700 Phone
(912) 233-2281 Fax



## Miami-Dade Police Department

Court Services Section

**Alfredo Ramirez, III**
*Director / Metropolitan Sheriff*



PARVEL LEON vs. JUAN ANTONIO BELTRAN LOPEZ (et al.)

| **Case Number** |
| STCV21-02218 |

## RETURN OF SERVICE

SUMMONS - CIVIL

| 1/12/22 11:23 am | Served - Substitute Service | SERVED | JUAN ANTONIO BELTRAN LOPEZ |
|---|---|---|---|

**01/03/2022**   Came this day into hand of the Sheriff

**01/12/2022**   01:10 PM - CSS1 DARRYL REDDING #8331, ATTEMPTED TO SERVE THE SUMMONS TO JUAN ANTONIO BELTRAN LOPEZ AT 5055 NW 7TH ST APT 507, MIAMI, FL 33126. THERE WAS NO ACCESS.\N\N

**01/11/2022**   06:25 PM - CSS1 TASHENA ALLEN #9326, ATTEMPTED TO SERVE THE SUMMONS TO JUAN ANTONIO BELTRAN LOPEZ AT 5055 NW 7TH ST APT 507, MIAMI, FL 33126. THERE WAS NO ACCESS.

**01/12/2022**   11:23 AM - SERVED THE SUMMONS TO JUAN ANTONIO BELTRAN LOPEZ, IN ACCORDANCE WITH F.S. 48.031(1)(A) BY DELIVERING A COPY TO YAMILA LYEDA AT 5055 NW 7TH ST APT 507, MIAMI, FL 33126. SERVICE AFFECTED BY: CSS1 DARRYL REDDING #8331, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL.\N\N

DARRYL REDDING, CSS1, #8331

**KENNETH S. NUGENT, P.C.**
**ONE BULL STREET SUITE 400**
**SAVANNAH, GA 31401**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

PARVEL LEON,                                    )
                    Plaintiff,      )
v.                                              )        CIVIL ACTION FILE NO.
                              )        STCV21-02218
JUAN ANTONIO BELTRAN                            )
LOPEZ and FLORIDA BEAUTY                        )
EXPRESS, INC.,                                  )
               Defendants.      )
_____              )

### ANSWER AND DEFENSES OF DEFENDANTS JUAN ANTONIO BELTRAN LOPEZ AND FLORIDA BEAUTY EXPRESS, INC. TO PLAINTIFF'S COMPLAINT

COME NOW defendants Juan Antonio Beltran Lopez ("defendant Lopez") and Florida Beauty Express, Inc., ("defendant Florida Beauty") (collectively "these defendants") by way of undersigned counsel, and files this, their answer and defenses in response to plaintiff Parvel Leon's ("plaintiff") Complaint ("complaint") as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

These defendants did not breach any duties owed to plaintiff and, therefore, plaintiff has no right of recovery against these defendants.

### THIRD DEFENSE

No action or omission on the part of these defendants proximately caused or contributed to the incident at issue or the injuries or damages allegedly suffered by plaintiff; therefore, plaintiff has no right of recovery against these defendants.

RECEIVED FOR FILING, SUPERIOR COURT, RICHMOND CO., GEORGIA, 9:21 AM

Brian K. Hart - Clerk of Court

## FOURTH DEFENSE

Any injuries or damages sustained by plaintiff were the sole, direct, and proximate result of the conduct of others, including but not limited to plaintiff, and no alleged act or omission by these defendants in any way caused or contributed to the incident described in the complaint.

## FIFTH DEFENSE

Plaintiff has no right of recovery against these defendants because any injuries or damages of which plaintiff complains are the proximate result of conduct, acts or omissions for which these defendants were in no way responsible.

## SIXTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided being injured, and on account thereof, he is not entitled to recovery any sum of these defendants.

## SEVENTH DEFENSE

The negligence of plaintiff equaled or preponderated over any act or omission of these defendants in producing and bringing about the incident described in plaintiff's complaint, and on account thereof, plaintiff is not entitled to recover any sum of these defendants.

## EIGHTH DEFENSE

To the extent as may be shown by the evidence through discovery these defendants assert the affirmative defenses of assumption of the risk, contributory/comparative negligence, failure of plaintiffs to exercise ordinary care for their own safety, failure to avoid consequences, failure to mitigate damages, accord and satisfaction, arbitration and award, discharge in bankruptcy, estoppel, fraud, illegality, injury by fellow servant, laches, last clear chance, license, payment, release, res judicata, statute of limitations, sudden emergency, and waiver.

## NINTH DEFENSE

These defendants assert all affirmative defenses which they may be required to plead pursuant to and as provided by O.C.G.A. §9-11-8(c) and O.C.G.A. §9-11-12 (b) and (h) and incorporate all defensive matters set forth in those statutory provisions herein as if affirmatively set forth and pled. These defendants specifically reserve the right to amend defensive pleadings and set forth any other defenses as investigation and discovery in the above-captioned matter continues.

## TENTH DEFENSE

The failure to specifically plead special damages bars plaintiff's recovery. O.C.G.A. § 9-11-9(g).

## ELEVENTH DEFENSE

In response to the numbered paragraphs of plaintiff's complaint, these defendants answer as follows:

## RESPONSE TO PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

### 1.

These defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph 1 of plaintiff's complaint and place plaintiff on notice of strict proof of same.

### 2.

For answer to paragraph 2, the allegations in paragraph 2 of plaintiff's complaint call for a legal conclusion and, therefore, do not require a response from these defendants. To the extent a response is required, these defendants admit only that portion of paragraph 2 of plaintiff's complaint that defendant Lopez can be served with process as provided by Georgia law.

3.

For answer to paragraph 3, the allegations in paragraph 3 of plaintiff's complaint call for a legal conclusion and, therefore, do not require a response from these defendants. To the extent a response is required, these defendants admit only that portion of paragraph 2 of plaintiff's complaint that defendant Florida Beauty can be served with process as provided by Georgia law.

4

For answer to paragraph 4, the allegations in paragraph 4 of plaintiff's complaint call for a legal conclusion and, therefore, do not require a response from these defendants. To the extent a response is required, venue and jurisdiction is proper in United States District Court, Southern District of Georgia, Savannah Division.

## RESPONSE TO ALLEGED FACTS

5.

These defendants admit only that part of paragraph 5 that plaintiff was operating his motor vehicle traveling I-95 southbound near the intersection with Pooler Parkway in Savannah, Chatham County, Georgia. These defendants deny that plaintiff had his flashers activated. These defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph

5 of plaintiff's complaint regarding his vehicle overhearing and place plaintiff on notice of strict proof of same.

6.

These defendants admit only that defendant Lopez was operating a motor vehicle with permission of Florida Beauty. These defendants deny that defendant Lopez was traveling at a high rate of speed.

7.

These defendants deny the allegations contained in paragraph 7 of plaintiff's complaint.

## RESPONSE TO COUNT ONE: ALLEGED NEGLIGENCE OF DEFENDANT JUAN ANTONIO BELTRAN LOPEZ

8.

These defendants repeat and reincorporate herein responses to plaintiff's allegations contained in paragraph 1 through 7 as if fully restated herein.

9.

These defendants admit only that defendant Lopez owed certain civil duties as required by Georgia law. To the extent the allegations contained in paragraph 9 of plaintiff's complaint are inconsistent with Georgia law, they are denied. Defendant Lopez denies breaching any duty owed.

10.

These defendants deny the allegations contained in paragraph 10 of plaintiff's complaint.

11.

These defendants deny the allegations contained in paragraph 11, including subparagraphs (a) through (c), of plaintiff's complaint.

12.

These defendants deny the allegations contained in paragraph 12 of plaintiff's complaint.

- 5 -

13.

These defendants deny the allegations contained in paragraph 13 of plaintiff's complaint.

14.

These defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph 14 of plaintiff's complaint and place plaintiff on notice of strict proof of same.

15.

These defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph 15 of plaintiff's complaint and place plaintiff on notice of strict proof of same.

16.

These defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph 16 of plaintiff's complaint and place plaintiff on notice of strict proof of same.

## RESPONSE TO COUNT TWO: ALLEGED NEGLIGENCE OF DEFENDANT FLORIDA BEAUTY EXPRESS, INC.

17.

These defendants repeat and reincorporate herein responses to plaintiff's allegations contained in paragraph 1 through 16 as if fully restated herein.

18.

These defendants admit the allegations contained in paragraph 18 of plaintiff's complaint.

19.

These defendants deny the allegations contained in paragraph 19, including subparagraphs (a) through (e), of plaintiff's complaint.

20.

These defendants deny the allegations contained in paragraph 20 of plaintiff's complaint.

## RESPONSE TO COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF PARVEL LEON

### 21.

These defendants repeat and reincorporate herein responses to plaintiff's allegations contained in paragraph 1 through 20 as if fully restated herein.

### 22.

These defendants deny the allegations contained in paragraph 22, including subparagraphs (a) through (f), of plaintiff's complaint.

Responding to the allegations contained in the unnumbered paragraph immediately following paragraph 22 of plaintiff's complaint and beginning "WHEREFORE," these defendants deny all such allegations, including subparagraphs (a) through (f) thereof, and specifically deny that plaintiff is entitled to any of the requested relief from these defendants.

WHEREFORE, having fully listed its defenses and having fully answered the complaint, these defendants pray as follows:

(a) That judgment be entered in favor of these defendants and against plaintiff on the complaint;

(b) That the costs of this action, including attorney fees, be cast against plaintiff; and

(c) That the Court grant such other and further relief as it may deem just and proper.

**THESE DEFENDANTS DEMAND A TRIAL BY JURY OF TWELVE ON ALL ISSUES SO TRIABLE**

This 4th day of February, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

- 7 -

/s/ Aaron P. Miller
Aaron P. Miller
Georgia Bar No. 898190
amiller@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing *ANSWER AND DEFENSES OF DEFENDANTS JUAN ANTONIO BELTRAN LOPEZ AND FLORIDA BEAUTY EXPRESS, INC. TO PLAINTIFF'S COMPLAINT* to the Clerk of Court using the *ECF* system which will automatically send electronic mail notification of such filing to counsel of record:

M. Brian Clements, Esq.
Kenneth S. Nugent, P.C.
One Bull Street
Suite 400
Savannah, Georgia 31401

This 4th day of February, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

*/s/ Aaron P. Miller*
Aaron P. Miller
Georgia Bar No. 898190
amiller@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)