UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PARVEL LEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CV422-034 |
| ) | |
| JUAN ANTONIO BELTRAN ) | |
| LOPEZ, AND FLORIDA BEAUTY ) | |
| EXPRESS, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

After the Court entered an Order setting an August 15, 2023 Court-directed mediation and imposing pre-mediation requirements, doc. 38, the Court held an August 8, 2023 status conference with the parties to discuss rescheduling the mediation. Doc. 45 (Minute Entry). As discussed at the conference, it is **ORDERED** that this case is set for a settlement conference before the undersigned on September 26, 2023 at 11:00 AM. The settlement conference will be conducted in-person at the temporary United States Courthouse at 8 Southern Oaks Ct., Savannah, GA 31405. Additionally, as discussed at the August 8, 2023 status

conference, the pre-mediation status conference will be held on September 18, 2023 at 10:00 AM. All requirements discussed in the Court's Order Setting Settlement Conference are still in effect. Doc. 38.[1]

**SO ORDERED**, this 8th day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Order Setting Settlement Conference requires the parties to exchange pre-mediation demands and offers and send confidential, *ex parte* letters to the Court. Doc. 38 at 2-5. Since the parties have already complied with those instructions, they need not exchange additional pre-mediation offers and demands, or send additional *ex parte* letters.